UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 1:10-cr-163

v.

                              HONORABLE PAUL L. MALONEY

DARRON DEON HOWARD,

        Defendant.

_____/


## ORDER DENYING APPLICATION TO
## PROCEED *IN FORMA PAUPERIS*


      This matter is before the Court on Defendant Darron Deon Howard's Application to Proceed *In Forma Pauperis* on his § 2255 Motion to Vacate, Set Aside, or Correct Sentence. The Application will be denied because the Application is unnecessary since no fees are charged for the filing of a § 2255 Motion in this District. Therefore,

      **IT IS HEREBY ORDERED** that Defendant Darron Deon Howard's Application to Proceed *In Forma Pauperis* (Dkt. #2) is **DENIED**.


Date:  February 24, 2010                          /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge